Civil Action No. 123-cv-4946

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Milos Stevanovic</u> was received by me on *(date)* <u>8/1/2023</u>.

[X] I personally served the summons on the individual at *(place)* <u>8 Oak Creek Dr Apt 2807, Buffalo Grove, IL 60089</u> on *(date)* <u>Sat, Aug 05 2023</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0</u>.

I declare under penalty of perjury that this information is true.

Date: 8/7/2023

*Server's signature*

Ryan Flaska 117.001609 Process Server

*Printed name and title*

2314 Rt 59 #204 Plainfield, IL 60586

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Aug 5, 2023, 1:09 pm CDT at 8 Oak Creek Dr Apt 2807, Buffalo Grove, IL 60089 received by Milos Stevanovic. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 180; Height: 5'10"; Hair: Bald;